**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA

v.                                                         Case No. 6:15-cr-152-Orl-37GJK

ELLARIY MEDVEDNIK                           BOP No. 62500-018

**ORDER**

This cause is before the Court on the following:

(1) Motion Requesting A Judicial Recommendation Concerning RRC/Halfway House Placement (Doc. 153), filed July 21, 2016; and

(2) Response to Defendant's Motion Requesting a Recommendation Concerning Length of RRC/Halfway House Placement (Doc. 159), filed July 27, 2016.

**DISCUSSION**

On **January 19, 2016**, the Court sentenced Defendant Elliary Medvednik to twelve months and one day of imprisonment in the custody of the Federal Bureau of Prisons ("**BOP**"). (Doc. 131.) Proceeding *pro se*, Defendant subsequently requested that the Court recommend to the BOP that—after serving seven months—Defendant be placed in a halfway house for the last five months of his sentence of imprisonment. Defendant's request is due to be denied because Defendant was released from the custody of the BOP on **September 2, 2016**.

**CONCLUSION**

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Defendant Elliary Medvednik's Motion Requesting a Judicial Recommendation Concerning Length of

RRC/Halfway House Placement (Doc. 153) is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 14, 2017.

ROY B. DALTON JR.
United States District Judge

Copies:
Defendant Medvednik
United States Attorney